### Willis, Appellant, *v.* Zimmerman.

Argued June 10, 1974. *John J. McAuliffe, Jr.,* for appellant; *Eugene H. Evans,* for appellee.

Order affirmed.

### Wilson *v.* Minneapolis-Honeywell et al., Appellants.

Argued June 10, 1974. *Lowell A. Reed, Jr.,* with him *Rawle & Henderson,* for appellants at No. 166, and *Harry A. Short, Jr.,* with him *Thomas J. Finarelli,* and *Liebert, Short, Fitzpatrick & Lavin,* for appellant at No. 186; *Donald E. Matusow,* with him *S. Gerald Litvin,* for appellee.

Judgment and order affirmed.